# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2009

137951

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ROSEANNE J. TRANDELL,
     Plaintiff-Appellee,

v

THE VILLAGE CLUB, MICHIGAN CLUBS
SELF-INSURANCE GROUP, and CAMBRIDGE
INTEGRATED SERVICES GROUP,
     Defendants-Appellants.

SC: 137951
COA: 286429
WCAC: 07-000242

_____/

     On order of the Court, the application for leave to appeal the November 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     KELLY, C.J., not participating due to her relationship with the defendant, The Village Club.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2009

Clerk

0325